opinion filed June 7, 1948; rehearing denied June 21, 1948; released for publication June 23, 1948. Marshall, Murtaugh & Burgeson, for appellant; Lewis C. Murtaugh, of counsel; Damon, Hayes, White, Walk & Hoban, for appellee; Bernard Hoban and Vance C. Smith, Jr., of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

## Meyer Poll, Appellee, v. Robert O. Gossett, Appellant.
### Gen. No. 44,436.

opinion filed June 7, 1948; released for publication June 23, 1948. Rockey & Rockey, for appellant; Loren Bush Rockey, of counsel; Louis L. Cohen, for appellee; Samuel S. Berger, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

## Elizabeth Borchart, Appellee, v. City of Chicago, Appellant.
### Gen. No. 44,361.